# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL G. JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-611-CG |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 30, 2017, the Court entered an Opinion and Order and a Judgment reversing the decision of the Acting Commissioner and remanding this case for further proceedings. *See* Doc. Nos. 24, 25. Plaintiff Crystal G. Jacobs now requests an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. *See* Pl.'s Mot. Att'y Fees (Doc. No. 26). Defendant has filed no objection to Plaintiff's request within the time allowed. *See* LCvR 7.1(g).

Having considered Plaintiff's unopposed request and the relevant record, the Court finds that: Plaintiff "is a 'prevailing party'; (2) the position of the United States was not 'substantially justified'; and (3) there are no special circumstances that make an award of fees unjust" in this case. *Hackett v. Barnhart*, 475 F.3d 1166, 1172 (10th Cir. 2007) (quoting 28 U.S.C. § 2412(d)(1)(A)). The Court therefore GRANTS Plaintiff's request

(Doc. No. 26) and awards fees in the amount of $6470.60,[1] with said amount to be paid directly to Plaintiff and sent in care of Timothy M. White, 7906 East 55th Street, Tulsa, Oklahoma, 74145. If attorney's fees are also awarded under 42 U.S.C. § 406(b), Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 6th day of October, 2017.

CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff has requested $6503.60, that sum is premised upon a math error as to the hours expended in 2017. *See* Pl.'s Mot. Att'y Fees Ex. 2 (Doc. No. 26-2) at 1 (incorrectly calculating the fee for 9.20 hours at $195.00 per hour to be $1833.00, rather than $1794.00).